In the United States District Court
for the Middle District of North Carolina

| | |
|---|---|
| Carvis Williams, *et. al*,<br><br>    *On behalf of himself and those similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>GBR Pizza, Inc. d/b/a Domino's, *et al.*,<br><br>    Defendant. | Case No. 1:21-CV-00828 |

Plaintiff's Supplement to the Motion for Preliminary Approval of Settlement [Doc. 45]

Plaintiff hereby supplements the executed settlement agreement, attached hereto as Exhibit 1, for the unsigned settlement agreement attached to Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

Respectfully submitted,

*/s/ Laura E. Farmwald*
Mary-Ann Leon
N.C. State Bar No. 26476
The Leon Law Firm, P.C.
704 Cromwell Dr., Ste E
Greenville, NC 27858
Telephone: (252) 830-5366
*maleon@leonlaw.org*
www.leonlaw.org
Local Rule 83.1(d) Counsel

Andrew R. Biller (Ohio Bar # 0081452)
Andrew P. Kimble (Ohio Bar # 0093172)

Laura E. Farmwald (By Special Appearance) (Ohio Bar #0095304)
Samuel D. Elswick, Jr. (By Special Appearance) (Ohio Bar # 100327)
8044 Montgomery Road, Suite 515
Cincinnati, Ohio 45236
Telephone: 513-715-8712
Facsimile: 614-340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*lfarmwald@billerkimble.com*
*selswick@billerkimble.com*

[www.billerkimble.com](www.billerkimble.com)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Defendants through the Court's ECF system.

/s/ *Laura E. Farmwald*
Laura E. Farmwald